

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| MICHAEL KEITH BALLARD, | | Case No. 14-13710-WIL |
| | * | Chapter 11 |
| *Debtor*. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION OF BANK OF AMERICA, N.A.
FOR TEMPORARY ALLOWANCE OF CLAIM NO. 3 FOR VOTING
PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a)**

Upon consideration of the Motion of Bank of America, N.A. for Temporary Allowance of Claim No. 3 for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) (the "Motion") filed by Bank of America, N.A. ("Bank of America"), and any response thereto, and it appearing to the Court that sufficient notice of the Motion has been given and that cause exists for granting the relief requested therein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Bank of America's claim (Claim No. 3), as amended from time to time, is hereby temporarily allowed, pursuant to Bankruptcy Rule 3018(a), in the amount of $4,530,616.01, as of March 11, 2014, for the purpose of allowing Bank of America to vote to accept or reject any reorganization plan that may be filed in this bankruptcy case.

cc:

Jeanne M. Crouse, Esq.
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

James M. Greenan, Esq.
McNamee Hosea et al.
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770

Walter R. Kirkman
Ober Kaler Grimes & Shriver, P.C.
100 Light Street
19th Floor
Baltimore, Maryland 21202

**END OF ORDER**